**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Abdeljabar Abdelmohsin** <br> DOB: 1995; United States | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **19-06622 MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about December 29, 2019, in the District of Arizona, **Abdeljabar Abdelmohsin**, knowing or in reckless disregard that a certain alien, namely Jaodencio Montalvo-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about December 29, 2019, in the District of Arizona, **Abdeljabar Abdelmohsin**, knowing that a certain illegal alien, Jaodencio Montalvo-Hernandez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Jaodencio Montalvo-Hernandez so that he would not be apprehended by law enforcement by transporting him in the vehicle that **Abdeljabar Abdelmohsin** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 29, 2019, in the District of Arizona, a 2005 Ford Explorer, bearing Arizona license plate CPK0236, approached the primary inspection lane at the Interstate 19 checkpoint. The driver, later identified as **Abdeljabar Abdelmohsin,** stated he was a United States citizen when asked. United States Border Patrol Agent (BPA) noticed a man laying down in the third row back seat. BPA asked **Abdelmohsin** who the man was laying down in the rear seat and **Abdelmohsin** stated "what, who?" BPA determined the individual laying down in the vehicle, identified as Jaodencio Montalvo-Hernandez, was a citizen of Mexico, and had entered the United States illegally.

Material witness Montalvo-Hernandez said he made arrangements to be smuggled into the United States for money. The witness stated he crossed the International Boundary Fence by himself. Montalvo-Hernandez stated he was trying to reach Bakersfield, California. The witness described the driver of the vehicle as African-American or Cuban who knew Spanish. Montalvo-Hernandez stated the driver opened the car door for him and told him to lay down and remain quiet. Montalvo-Hernandez stated they departed from the store to the immigration checkpoint, where they apprehended him.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jaodencio Montalvo-Hernandez

Detention Requested
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY: AUSA JAA/kat

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE & NAME:
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
December 30, 2019

1) See Federal rules of Criminal Procedure Rules 3 and 54